# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CRAIG GIBONEY**  
REG #42373-044                                                                                               **PLAINTIFF**

**v.**             Case No. 2:18-cv-00045-KGB-JTR

**GENE BEASLEY,**  
Warden, FCC- Forest City Low                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered June 27, 2018, and because plaintiff Craig Giboney did not alert the Court in writing of his intention to convert his inadequate medical care claim to a *Bivens* action and either pay the filing fee in full or file an application to proceed *in forma pauperis* before the Court's July 26, 2018, deadline, it is considered, ordered, and adjudged that Mr. Giboney's claims are dismissed without prejudice.

It is so adjudged this 28th day of February, 2019.

_____  
Kristine G. Baker  
United States District Judge